# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HARONERE WILTRON ARREOLA,<br><br>Plaintiff,<br><br>v.<br><br>COUNTY OF FRESNO PUBLIC DEFENDER'S OFFICE, et al.,<br><br>Defendants. | Case No. 1:20-cv-00272-AWI-SAB<br><br>ORDER GRANTING PLAINTIFF'S APPLICATION TO PROCEED *IN FORMA PAUPERIS*<br><br>ORDER DIRECTING PAYMENT OF INMATE FILING FEE BY FRESNO COUNTY JAIL<br><br>(ECF No. 2) |

Haronere Wiltron Arreola ("Plaintiff") is a prisoner proceeding *pro se* pursuant to 42 U.S.C. §1983 and has requested leave to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915. (ECF No. 2.) Plaintiff has made the showing required by § 1915(a) and accordingly, the request to proceed *in forma pauperis* will be granted.[1] Plaintiff is obligated to pay the statutory filing fee of $350.00 for this action. 28 U.S.C. § 1915(b)(1). Plaintiff is obligated to make monthly payments in the amount of twenty percent of the preceding month's income credited to plaintiff's trust account. The Fresno County Jail is required to send to the Clerk of the Court payments from Plaintiff's account each time the amount in the account exceeds $10.00, until the

---

[1] It appears Plaintiff mistakenly checked the box for "No" indicating he is not currently incarcerated. However, based on the application, Plaintiff's mailing address listed as Fresno County Jail, and attachment of an inmate account statement, Plaintiff clearly intended to fill out the application as a currently incarcerated individual. (ECF No. 2.)

1

statutory filing fee is paid in full. 28 U.S.C. § 1915(b)(2).

In accordance with the above and good cause appearing therefore, IT IS HEREBY ORDERED that:

1. Plaintiff's application to proceed *in forma pauperis* is GRANTED;

2. **The Fresno County Sheriff or their designee shall collect payments from plaintiff's prison trust account in an amount equal to twenty per cent (20%) of the preceding month's income credited to the prisoner's trust account and shall forward those payments to the Clerk of the Court each time the amount in the account exceeds $10.00, in accordance with 28 U.S.C. § 1915(b)(2), until a total of $350.00 has been collected and forwarded to the Clerk of the Court. The payments shall be clearly identified by the name and number assigned to this action;**

3. The Clerk of the Court is directed to serve a copy of this order and a copy of plaintiff's *in forma pauperis* application on the Fresno County Jail, via United States Postal Service; and

4. The Clerk of the Court is directed to serve a copy of this order on the Financial Department, U.S. District Court, Eastern District of California, Sacramento Division; and

5. Notwithstanding this order, the Court does not direct that service of the complaint be undertaken until the Court screens the complaint in due course and issues its screening order.

IT IS SO ORDERED.

Dated: __**February 27, 2020**__

UNITED STATES MAGISTRATE JUDGE